

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

---

No. 07-23-00109-CV

---

**JOANN HOLLIS, JOSEPH HOLLIS, AND
THE ESTATE OF JOSHUA KYLE HOLLIS, APPELLANTS**

V.

**G.B. AERIAL APPLICATIONS, INC., APPELLEE**

---

On Appeal from the 99th District Court
Lubbock County, Texas
Trial Court No. 2019-537,481, Honorable J. Phillip Hays, Presiding

---

January 23, 2024

## MEMORANDUM OPINION

Before PARKER and DOSS and YARBROUGH, JJ.

Appellants, Joann Hollis, Joseph Hollis, and the Estate of Joshua Kyle Hollis, appeal from the trial court's *Order Granting G.B. Aerial Applications, Inc.'s First Amended Hybrid Traditional and No Evidence Motion for Summary Judgment and Severance*. Now pending before this Court is Appellants' motion to voluntarily dismiss the appeal as the parties have settled the underlying matter. The Court finds that the motion complies with the requirements of Rule of Appellate Procedure 42.1(a)(1) and that granting the motion

will not prevent any party from seeking relief to which it would otherwise be entitled. As no decision of the Court has been delivered to date, we grant the motion. The appeal is dismissed. As requested by the parties, costs shall be taxed against the parties who incurred them. *See* TEX. R. APP. P. 42.1(d). No motion for rehearing will be entertained and our mandate will issue forthwith.

Per Curiam